THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUNE WEISS, D.M.D., PA<br><br>      Plaintiff,<br> -v-<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC, and SENTINEL INSURANCE COMPANY, LTD,<br><br>      Defendants. | Case No. 2:20-cv-14420-CCC-ESK |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, JUNE WEISS, D.M.D, PA, and Defendants, THE HARTFORD FINANCIAL SERVICES GROUP, INC. and SENTINEL INSURANCE COMPANY, LTD, by and through their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss the above-captioned action without prejudice, with each side to bear its own fees and costs. In support of their stipulation, the parties state as follows:

  WHEREAS, Plaintiff has chosen not to pursue this action; Defendants have no objection to the dismissal without prejudice of this action; and after conferral, the parties have agreed to stipulate to dismissing this action without prejudice, with each side bearing its own fees and costs.

  THEREFORE, IT IS STIPULATED AND AGREED that (1) the above-captioned action be dismissed without prejudice; and (2) each party will bear its own fees and costs.

Date:   January 25, 2023                                Respectfully submitted,

                              **CALCATERRA POLLACK LLP**

                              /s/   *Janine L. Pollack*
                              Janine L. Pollack
                              1140 Avenue of the Americas
                              9th Floor
                              New York, NY 10036
                              Phone: (212) 889-1760
                              Fax: (332) 206-2073
                              jpollack@cacaterrapollack.com

                              *Attorneys for Plaintiff*

                              **STEPTOE & JOHNSON LLP**

                              /s   *James L. Brochin*
                              James L. Brochin
                              1114 Avenue of the Americas
                              35th Floor
                              New York, NY 10036
                              Phone: (212) 378-7503
                              jbrocin@steptoe.com

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   1/26/2023                                *Attorneys for Defendants*